UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIE GOOD,                          *
                                      *
              Plaintiff,              *
                                      *
       v.                             *       Civil Action No. 1:19-cv-11983-IT
                                      *
BAY COVE HUMAN SERVICES, INC.,        *
                                      *
              Defendant.              *

Order

January 28, 2020

TALWANI, D.J.

      No objection having been filed, the Report and Recommendation [#25] on Plaintiff's

Motion for Summary Judgment [#20] is adopted by the court. For the reasons set forth therein,

Plaintiff's Motion for Summary Judgment [#20] is DENIED WITHOUT PREJUDICE TO

RENEW in accordance with the schedule to be set.

      IT IS SO ORDERED.

                                              /s/ Indira Talwani
                                              United States District Judge