UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIE GOOD, | * |
| Plaintiff, | * |
| v. | * Civil Action No. 1:19-cv-11983-IT |
| BAY COVE HUMAN SERVICES, INC., | * |
| Defendant. | * |

Order

August 3, 2020

TALWANI, D.J.

No objection having been filed, the Report and Recommendation [#51] on Plaintiff's Motion for Summary Judgment [#47] is adopted by the court. For the reasons set forth therein, Plaintiff's Motion for Summary Judgment [#47] is DENIED WITHOUT PREJUDICE TO RENEW in accordance with the schedule set.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge